2015 CV 000835

4 29 - 2645

## Notice of APPEAL

This notice of appeal is filed by Sandy Schinzel, Charles G Tate jr a party to this proceeding who seeks to alter the trials courts judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.
2. The judgment or order appeal fr0om w2as signed on date, Thursday,03-19-19

3. Sandy Schinzel desires to appeal from all portions of the judgment 10 days to vacate premises
4.This appeal is being to court of 4th floor COURT of appeals
5.This notice is being filed by Sandy Schinzel jointly by the following psrties whose interests are aligned: Sandy Schinzel

Sandy Schinzel
8210 Glen fox
Windcrest Tx 78239

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 MAR 23 PM 12: 41

Keith E. Hottle